UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHADNEY HAMER,

Plaintiff,

v.

KENT, COUNTY OF, et al.,

Defendants.

Case No. 1:25-cv-1788

Honorable Phillip J. Green

## ORDER FOR PARTIAL DISMISSAL and PARTIAL SERVICE

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Kent County Sheriff, T. Ashley, G. Janiyah, Vital Core Health Strategies, and H. Cassandra be **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the following claims against remaining Defendants Kent County and A. Malik be **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c): § 1983 claims against Defendant Kent County, official capacity claims, medical care claims, First Amendment retaliation claims but for Plaintiff's claim against Defendant Malik for threatening to "throw [Plaintiff] in the hole for threatening and intimidating behavior," claims against "medical," non-parties and

unnamed individuals, and ADA and RA claims against Defendant Malik and against Defendant Kent County concerning the provision of medical supplies.

**IT IS FURTHER ORDERED** that the 90-day period for service set forth in Federal Rule of Civil Procedure 4(m) shall run, starting with the date of this order.

**IT IS FURTHER ORDERED** that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to send a request for waiver of service to Kent County and A. Malik in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that each Defendant shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, the Court will enter a case management order to govern further proceedings in this case.

**IT IS SO ORDERED**.

Dated: November 24, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge